**IN THE UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** <br> **HARSHAL DEAR** <br> *fka* **Harshal Pawashe** <br> *fka* **Harshal Sawant** <br> **DEBTOR** | ) <br> ) <br> ) Chapter 7 <br> ) <br> ) Case No. 24-10449-amc <br> ) |

**PRAECIPE TO WITHDRAW DOCUMENT**

**DKT.# 20-24**

To the Clerk:

Kindly withdraw the undersigned's Motion to Withdraw as Counsel to the Debtor and Motion for Expedited Hearing on same. Dkt/#'s 20-24.

Debtor has retained Vicki Ann Piontek as her new counsel. See Dkt. #31.

Respectfully submitted,

**THE LAW OFFICE OF MICHAEL ALAN SIDDONS, ESQUIRE**
By:  */s/ Michael A. Siddons*
  MICHAEL ALAN SIDDONS, ESQUIRE
  230 N. Monroe Street-P.O. Box 403
  Media, PA 19063
  610-255-7500-Office
  610-514-5904-facsimile
  msiddons@siddonslaw.com
*Counsel for Debtor, Harshal Pawashe*

Dated: March 12, 2024