IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INRE:     CHAPTER 7

   HARSHAL DEAR,

      Debtor     Bky No.24-10449 AMC

**ORDER**

AND NOW, this 20th day of September 2024, upon consideration of the Debtor's Pro Se Motion to Reschedule Hearings, it is hereby:

ORDERED AND DECREED that Debtor's Motion to Reschedule Hearings is **DENIED** for lack of prosecution.

BY THE COURT:

_____
Ashely M. Chan
Chief Judge, U.S. Bankruptcy Court