## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INRE:                                                    CHAPTER 7

    HARSHAL DEAR,

             Debtor     **<u>ORDER</u>**     Bky No.24-10449 AMC

AND NOW, this 9th day of October, 2024, upon consideration of the Debtor's Pro Se Motion to Compel Trustee to Perform Duties , or in the alternative, Motion for Removal of Trustee (docket entry #64), it is hereby:

ORDERED AND DECREED that Debtor's Motion  is **DENIED** for reasons stated on the record in open Court.

BY THE COURT:

Ashely M. Chan
Chief Judge, U.S. Bankruptcy Court