UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

HARSHAL DEAR

NO. 24-10449 AMC
CHAPTER 7

ORDER GRANTING TRUSTEE'S MOTION FOR PROTECTIVE ORDER

In consideration of Trustee's Motion for Protective Order, and for good cause shown, it is ORDERED:

That for the reasons stated below Trustee need not answer or otherwise respond to the following "Discovery Requests" propounded by Debtor:

1. Debtor's First Set of Requests for Production of Documents Propounded to Trustee Lynn Feldman,
2. Debtor's First Set of Interrogatories Propounded to Trustee Lynn Feldman, and
3. Debtor's First Set of Requests for Admissions Propounded to "Claimant"

for these independently sufficient reasons:

a) The Discovery Requests were tendered in violation of FRBP 2004 as no prior court approval was requested or obtained; and

b) The Discovery Requests seek, in general, communications to which Debtor may not be privy, i.e., communications between Trustee and her counsel and their respective work product and trial preparation.

Date: Dec. 13, 2024

BY THE COURT:

_____
Chief Bankruptcy Judge