UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| HARSHAL DEAR | : | Bankruptcy No. 24-10449 AMC |
| Debtor(s) | : | |
| | : | Adversary No.   25-00198 AMC |
| | : | |

**STANDING TRUSTEE'S EXPEDITED MOTION TO STRIKE
DOCUMENTS FILED BY DEBTOR AND TO PRECLUDE
DEBTOR FROM FILING PETITIONS, PLEADINGS AND
MOTIONS WITHOUT DEBTOR'S ATTORNEY'S SIGNATURE**

Kenneth West, Esquire, Chapter 13 standing trustee, files this Motion to Preclude the Debtor from Filing Petitions, Pleadings and Motions without Debtor's Attorney's Signature pursuant to the Federal Rules of Bankruptcy Procedure Rule 9011(a) and in support thereof represents as follows:

1. This case was commenced by the filing of a Chapter 7 Petition on February 9, 2024, by Harshal Dear ("debtor").

2. Vicki Piontek entered her appearance on behalf of the debtor on March 12, 2024.

3. Lynn E. Feldman was appointed as the Chapter 7 trustee ("Chapter 7 trustee") on February 13, 2024, the meeting of creditors was held on April 26, 2024.

4. The Chapter 7 trustee filed a notice of change from no-asset case to asset case on March 7, 2024.

5. On November 14, 2024, a Discharge Order was entered.

6. Debtor filed a motion to convert the case to one under Chapter 13 on March 18, 2025.

7. An Order granting debtor's motion to convert the case to a Chapter 13 proceeding was entered and the trustee filed a notice of change from no-asset case to asset case on May 2, 2025.

8. Kenneth E. West was assigned as the Chapter 13 trustee ("Chapter 13 trustee") on May 4, 2025, the meeting of creditors was held on July 25, 2025.

9. The docket is replete with pleadings (that in some instances appear to be AI generated) filed by debtor without her attorney's signature.

10. Pursuant to Federal Rules of Bankruptcy Procedure Rule 9011(a). "The Court must strike any unsigned document unless the omission is promptly corrected after being called to the attorney's or party's attention."

Wherefore, Kenneth West, Esquire, Chapter 13 standing trustee, respectfully requests that the Court strike all of debtor's unsigned pleadings pursuant to Federal Rules of Bankruptcy Procedure Rule 9011(a). Additionally, the trustee requests that the debtor and her attorney be cautioned that any future pleadings filed without the attorney's signature may result in sanctions on the debtor and/or debtor's attorney.

Dated: September 30, 2025

Respectfully submitted,

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107
Phone:   215-627-1377
Fax:     215-627-6299
KWest@ph13trustee.com