UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| HARSHAL DEAR | : | Bankruptcy No. 24-10449 AMC |
| Debtor(s) | : | |
| | : | Adversary No.   25-00198 AMC |

### O R D E R

AND NOW, upon consideration of the **STANDING TRUSTEE'S EXPEDITED MOTION TO STRIKE DOCUMENTS FILED BY DEBTOR AND TO PRECLUDE DEBTOR FROM FILING PETITIONS, PLEADINGS AND MOTIONS WITHOUT DEBTOR'S ATTORNEY'S SIGNATURE** *(the Motion")*, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Request For an Expedited Hearing **GRANTED.**

2. A hearing to consider the Motion shall be held on **October 7, 2025, at 11:00 AM, by phone by dialing 1-646-828-7666 and entering meeting ID 160 6807 8081. No participant code is necessary.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on October 1, 2025**. If the hearing is scheduled less than 48 hours after the Movant receives this Order, Movant shall give immediate telephonic notice of the hearing to the above as well.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on **October 1, 2025**.

6. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above as applicable.

Date: October 1, 2025

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

Copies to: