IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INRE:  CHAPTER 13

HARSHAL DEAR,

    Debtor  Bky No.24-10449 AMC

**ORDER**

AND NOW, this 15th day of October, 2025, upon consideration of the Debtor's Amended Motion to allow Rule 2004 Examination of Joshua Dear, Nancy Dear, and John Dear (docket entry #173) and after a hearing, it is hereby:

ORDERED AND DECREED that Debtor's Motion is **DENIED** for the reasons stated on the record in open Court.

BY THE COURT:

_____
Ashely M. Chan
Chief Judge, U.S. Bankruptcy Court