UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Harshal Dear                                : CHAPTER 13
                                                   :
                                                   :
                                                   :
            Debtor                                 : BANKRUPTCY NO. 24-10449 AMC

## ORDER

AND NOW, this  15th   day of   October       2025, upon consideration of the Motion of the Chapter 13 Standing Trustee to reconvert case to Chapter 7 Pursuant to 11 U.S.C. Section 1307, and after notice and hearing, it is hereby:
ORDERED, that the case is hereby reconverted to Chapter 7.

BY THE COURT

_____
CHIEF JUDGE ASHELY M. CHAN
U.S. BANKRUTPCY JUDGE