UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| HARSHAL DEAR | : | Bankruptcy No. 24-10449 AMC |
| Debtor(s) | : | |
| | : | Adversary No. 25-00198 AMC |
| | : | |

**ORDER**

AND NOW, this 16th day of October, 2025, upon consideration of the Motion of the Chapter 13 Standing Trustee to strike documents and preclude the debtor from filing pleadings without her attorney's signature. Pursuant to Federal Rules of Bankruptcy Procedure Rule 9011(a), and after notice and hearing, it is hereby:

ORDERED, that all pleadings and/or filings in this case, filed by the debtor, Harshal Dear, without the signature of debtor's counsel are stricken. The debtor is precluded from filing any pleadings without the signature of counsel.

BY THE COURT

_____
CHIEF JUDGE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE