IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     HARSHAL DEAR                     :
                                            :
                                            :
                                            :
                                            :    Chapter 7
          Debtor                            :    Case No. 24-10449-AMC

## REJECTION OF APPOINTMENT

I HEREBY REJECT the appointment as Interim Trustee in the above captioned case, as I have a conflict.

DATE:  October 16, 2025            BY:    */s/ Lynn E. Feldman, Esquire*
                                          Lynn E. Feldman, Esquire
                                          Chapter 7 Trustee
                                          PA  I.D. No. 35996
                                          2310 Walbert Avenue, Suite 103
                                          Allentown, PA  18104
                                          (610) 530-9285